IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Daniel Dinsmore and Lucille Dinsmore, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.   10 C 8227 |
| | ) | |
| Allied Interstate, Inc., a Minnesota corporation, | ) | Judge Kocoras |
| | ) | |
|     Defendant. | ) | |

**NOTICE OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

Plaintiffs, pursuant to F.R.C.P. Rule 41, hereby stipulate to the dismissal of their claims against the Defendant with prejudice.

Dated: February 1, 2011

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps    (Ill. Bar No. 06196285)
Mary E. Philipps    (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 1, 2011, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following party via U.S. Mail, first class postage pre-paid, on February 1, 2011.

Allied Interstate, Inc.
c/o Matthew Johnson,
   Vice President, Legal
iQor US, Inc.
335 Madison Avenue
27th Floor
New York, New York 10017

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com